# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

NIKLAS GOERTZEN,

               Plaintiff,

      v.

JAMES GOLDEN, JOSEPH HOSANG,
and GARY HEDIN,

               Defendants.

Civ. No. 6:19-cv-00935-MK

ORDER

_____

MCSHANE, Judge:

      Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 26), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 26) is adopted. Plaintiff's federal law claims are dismissed with prejudice and the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims.


IT IS SO ORDERED.

      DATED this 22nd day of November, 2019.


                         _____/s/ Michael J. McShane_____
                              Michael McShane
                       United States District Judge